FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 APR 24  PM 2: 27

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PHILLIP WATTS | CIVIL ACTION |
| VERSUS | NO. 06-4445 |
| CHARLES FOTI ET AL | SECTION "M" (4) |

### CERTIFICATE OF APPEALABILITY

A notice of appeal having been filed in the captioned habeas corpus case, in which the detention complained of arises out of process issued by a state court, the court, considering the record in the case and the requirement of FRAP 22(b), hereby orders that:

☐ a certificate of appealability shall be issued having found that petitioner has made a substantial showing of the denial of a constitutional right related to the following issue(s):

_____
_____
_____

☑ a certificate of appealability shall not be issued for the following reason(s): _petitioner has not made a substantial showing of the_ _denial of a constitutional right_ _____

Date: 4/24/07

_[signature]_
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____